**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 22-6318

UNITED STATES OF AMERICA,

Plaintiff - Appellee,

v.

JOHNATHAN SIMRELL BROUGHTON,

Defendant - Appellant.

Appeal from the United States District Court for the Middle District of North Carolina, at Greensboro.  William L. Osteen, Jr., District Judge.  (1:15-cr-00189-WO-1)

Submitted:  October 18, 2022                          Decided:  October 21, 2022

Before WYNN and THACKER, Circuit Judges, and FLOYD, Senior Circuit Judge.

Affirmed by unpublished per curiam opinion.

Johnathan Simrell Broughton, Appellant Pro Se.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Johnathan Simrell Broughton appeals the district court's order denying his motion for compassionate release pursuant to 18 U.S.C. § 3582(c)(1)(A)(i).  Upon review, we discern no abuse of discretion in the district court's determination that the 18 U.S.C. § 3553(a) factors weighed against granting Broughton relief.  *See United States v. High*, 997 F.3d 181, 185 (4th Cir. 2021) (stating standard of review).  We therefore affirm the district court's order.  *United States v. Broughton*, No. 1:15-cr-00189-WO-1 (M.D.N.C. Feb. 25, 2022).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before this court and argument would not aid the decisional process.

*AFFIRMED*